JS 44C/SDNY
REV. 4/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Thomas Serafin; Michele Graham Turner 1995 Revocable Trust, Jeffrey Turner as Trustee; and Edward L. Froehner, | Nicholas S. Schorsch; David Kay;  Brian Block; Lisa Mcalister; Lisa Beeson; Leslie Michelson; Edward G. Rendell; William Stanley; and Scott Bowman; Nominal Defendant Vereit, Inc., (Formerly Known As American Realty Capital ▢ |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Law Offices of Curtis V. Trinko, LLP<br>16 West 46th St., 7th Fl., New York, New York 10036<br>(212) 490-9550 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☑Yes☐Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No ☒   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)            NATURE OF SUIT

### TORTS

### ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT | PHARMACEUTICAL PERSONAL | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 400 STATE |
| [ ] 130 MILLER ACT | LIABILITY | INJURY/PRODUCT LIABILITY | 21 USC 881 | [ ] 423 WITHDRAWAL | REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | [ ] 365 PERSONAL INJURY | [ ] 690 OTHER | 28 USC 157 | [ ] 410 ANTITRUST |
| INSTRUMENT | SLANDER | PRODUCT LIABILITY | | | [ ] 430 BANKS & BANKING |
| [ ] 150 RECOVERY OF | [ ] 330 FEDERAL | [ ] 368 ASBESTOS PERSONAL | | | [ ] 450 COMMERCE |
| OVERPAYMENT & | EMPLOYERS' | INJURY PRODUCT | | PROPERTY RIGHTS | [ ] 460 DEPORTATION |
| ENFORCEMENT | LIABILITY | LIABILITY | | | [ ] 470 RACKETEER INFLU- |
| OF JUDGMENT | [ ] 340 MARINE | | | [ ] 820 COPYRIGHTS | ENCED & CORRUPT |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT | PERSONAL PROPERTY | | [ ] 830 PATENT | ORGANIZATION ACT |
| [ ] 152 RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | | [ ] 840 TRADEMARK | (RICO) |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | | [ ] 480 CONSUMER CREDIT |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | | | [ ] 490 CABLE/SATELLITE TV |
| (EXCL VETERANS) | PRODUCT LIABILITY | | | SOCIAL SECURITY | |
| [ ] 153 RECOVERY OF | [ ] 360 OTHER PERSONAL | [ ] 380 OTHER PERSONAL | LABOR | [ ] 861 HIA (1395ff) | [ ] 850 SECURITIES/ |
| OVERPAYMENT | INJURY | PROPERTY DAMAGE | | [ ] 862 BLACK LUNG (923) | COMMODITIES/ |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | EXCHANGE |
| BENEFITS | MED MALPRACTICE | PRODUCT LIABILITY | STANDARDS ACT | [ ] 864 SSID TITLE XVI | |
| [x] 160 STOCKHOLDERS | | | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) | |
| SUITS | | PRISONER PETITIONS | LITIGATION | | [ ] 890 OTHER STATUTORY |
| [ ] 190 OTHER | | [ ] 463 ALIEN DETAINEE | [ ] 740 RAILWAY LABOR ACT | | ACTIONS |
| CONTRACT | | [ ] 510 MOTIONS TO | [ ] 751 FAMILY MEDICAL | FEDERAL TAX SUITS | [ ] 891 AGRICULTURAL ACTS |
| [ ] 195 CONTRACT | | VACATE SENTENCE | LEAVE ACT (FMLA) | | |
| PRODUCT | ACTIONS UNDER STATUTES | 28 USC 2255 | | [ ] 870 TAXES (U.S. Plaintiff or | [ ] 893 ENVIRONMENTAL |
| LIABILITY | | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR | Defendant) | MATTERS |
| [ ] 196 FRANCHISE | CIVIL RIGHTS | [ ] 535 DEATH PENALTY | LITIGATION | [ ] 871 IRS-THIRD PARTY | [ ] 895 FREEDOM OF |
| | | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC | 26 USC 7609 | INFORMATION ACT |
| | [ ] 440 OTHER CIVIL RIGHTS | | SECURITY ACT (ERISA) | | [ ] 896 ARBITRATION |
| REAL PROPERTY | (Non-Prisoner) | | | | [ ] 899 ADMINISTRATIVE |
| | [ ] 441 VOTING | | IMMIGRATION | | PROCEDURE ACT/REVIEW OR |
| [ ] 210 LAND | [ ] 442 EMPLOYMENT | PRISONER CIVIL RIGHTS | | | APPEAL OF AGENCY DECISION |
| CONDEMNATION | [ ] 443 HOUSING/ | | [ ] 462 NATURALIZATION | | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 220 FORECLOSURE | ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | APPLICATION | | STATE STATUTES |
| [ ] 230 RENT LEASE & | [ ] 445 AMERICANS WITH | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION | | |
| EJECTMENT | DISABILITIES - | [ ] 560 CIVIL DETAINEE | ACTIONS | | |
| [ ] 240 TORTS TO LAND | EMPLOYMENT | CONDITIONS OF CONFINEMENT | | | |
| [ ] 245 TORT PRODUCT | [ ] 446 AMERICANS WITH | | | | |
| LIABILITY | DISABILITIES -OTHER | | | | |
| [ ] 290 ALL OTHER | [ ] 448 EDUCATION | | | | |
| REAL PROPERTY | | | | | |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE HON. ALVIN K. HELLERSTEIN   DOCKET NUMBER 15-cv-06043

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
   [ ] a. all parties represented
   [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)

**BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [X] 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [x] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [x] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Thomas Serafin, c/o Newman Ferrara LLP, 1250 Broadway, 27th Fl., New York, NY 10001 (citizen of NJ, Middlesex Co.); Michele Graham Turner 1995 Revocable Trust, Jeffrey Turner as Trustee, c/o The Brown Law Firm, P.C., 127A Cove Road, Oyster Bay Cove, New York 11771 (citizen of FL, Orange County); Edward Froehner, c/o The Law Offices of Curtis V. Trinko, LLP (citizen of TX, Harris County)

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Please see the attached Schedule A

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 10/30/15        SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 12    Yr. 1975    )
Attorney Bar Code # CT-1838

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

<u>Schedule A</u>

Nicholas S. Schorsch
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

David Kay
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

Brian Block
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

Lisa Mcalister
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

Lisa Beeson
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

Leslie Michelson
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

Edward G. Rendell
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

William Stanley
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

Scott Bowman
c/o VEREIT, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

VEREIT, INC.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016